IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.

UNITED STATES OF AMERICA,

      Plaintiff,

v.

1.  AR15 AUTO SEAR MACHINE GUN, UNKNOWN MANUFACTURER, UNKOWN CALIBER, SERIAL NO. 059;

      Defendant.

_____

**VERIFIED COMPLAINT FOR FORFEITURE *IN REM***
_____

The United States of America ("United States"), by and through United States Attorney Cole Finegan and Assistant United States Attorney Kurt J. Bohn, pursuant to Supplemental Rules for Admiralty, Maritime and Asset Forfeiture Actions G(2), states:

<u>JURISDICTION AND VENUE</u>

1.     The United States has commenced this action pursuant to the civil forfeiture provisions of 26 U.S.C. § 5872, seeking forfeiture of defendant property based upon violations of the provisions of 26 U.S.C. § 5801, *et seq*. This Court has jurisdiction under 28 U.S.C. §§ 1345 and 1355.

2.     Venue is proper under 28 U.S.C. § 1395 as the defendant property is located, and the acts described herein occurred, in the District of Colorado.

<u>DEFENDANT PROPERTY</u>

3.     Defendant property is more fully described as:

    a.  AR15 Auto Sear machine gun, of unknown caliber and unknown manufacturer, bearing serial no. 059 (defendant AR15 Auto Sear), was seized on April 14, 2022, from 5555 S. Elmwood Street, Littleton,

Colorado, and is currently being held by the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) in Denver, Colorado.

## FACTUAL BASIS FOR FORFEITURE

4.      Except as otherwise noted, all of the following facts and information have been discovered through my own investigation and observations, and the observations and investigations of fellow law enforcement officers as reported to me.

**Background of Investigation**

5.      In September of 2021, the Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) began investigating a Federal Firearms Licensee (FFL) called Grain Sporting Goods, located in Fort Gratiot, Michigan, which was illegally acquiring and possessing drop-in auto sears from a business located in Maryland, in violation of 26 U.S.C. § 5861(c).  An auto sear is a device used to convert a semi-automatic rifle into a fully automatic rifle.

6.      ATF determined that the Grain Sporting Goods had illegally acquired 250 auto sears and had transferred 104 to other FFL's throughout the country.

7.      During the investigation, it was discovered that Justin Hashbarger of Odinson Industries, LLC, an FFL located in Littleton, Colorado, had acquired defendant AR15 Auto Sear from Grain Sporting Goods.

8.      On April 14, 2022, ATF Special Agent Shane Abraham seized defendant AR15 Auto Sear from Justin Hashbarger of Odinson Industries, LLC, an FFL located in Littleton, Colorado.

9.      Since 1986, no civilian could purchase a fully automatic machine gun.  A drop-in auto sear is considered a machine gun, by definition, in 26 U.S.C. § 5861(c). Therefore, it is per se illegal to purchase a drop-in auto sear.

## **CONCLUSION**

10.     Based on the facts and circumstances described above, evidence shows that the defendant asset was illegally manufactured, and is therefore forfeitable to the United States.

<u>CERTIFICATION OF SHANE ABRAHAM</u>
<u>SPECIAL AGENT, BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND</u>
<u>EXPLOSIVES (ATF)</u>

I, Special Agent Shane Abraham, hereby state and aver under the pains and penalties of perjury that I have read the foregoing Factual Basis for Forfeiture and that the facts and information contained therein are true.

_s/ *Shane Abraham*_____
Shane Abraham
Special Agent - ATF

4

<u>FIRST CLAIM FOR RELIEF</u>

11.     The Plaintiff repeats and incorporates by reference the paragraphs above.

12.     By the foregoing and other acts, defendant AR15 Auto Sear constitutes illegally manufactured property that was received and possessed in violation of 26 U.S.C. § 5861(c), and therefore is forfeitable to the United States pursuant to 26 U.S.C. § 5872.

WHEREFORE, the United States prays for entry of a final order of forfeiture for the Defendant property in favor of the United States, that the United States be authorized to dispose of the defendant property in accordance with law, and that the Court enter a finding of probable cause for the seizure of the defendant property and issue a Certificate of Reasonable Cause pursuant to 28 U.S.C. § 2465.

DATED this 20th day of October 2022.

Respectfully submitted,

COLE FINEGAN
United States Attorney

By: *s/ Kurt J. Bohn*
Kurt J. Bohn
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Ste. 1600
Denver, Colorado 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: kurt.bohn@usdoj.gov
*Attorney for the United States*