IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02764-PAB-SKC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

AR15 AUTO SEAR MACHINE GUN, UNKNOWN MANUFACTURER, UNKOWN CALIBER, SERIAL NO. 059,

    Defendant.
_____

**DEFAULT AND FINAL ORDER OF FORFEITURE**
_____

    This matter comes before the Court on the United States' Motion for Default and Final Order of Forfeiture [Docket No. 11]. The Court, having reviewed said motion and good cause appearing, FINDS that:

    1. The United States commenced this civil forfeiture action pursuant to 26 U.S.C. § 5872. Docket No. 1 at 1, ¶ 1.

    2. The facts and verifications as set forth in the Verified Complaint provide probable cause and an ample basis by a preponderance of the evidence for a final judgment and order of forfeiture as to the following defendant asset: AR15 Auto Sear Machine Gun, Unknown Manufacturer, Unknown Caliber, Serial No. 059.

    3. All known interested parties have been provided an opportunity to respond and publication has been effected as required by Rule G(4) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. Docket Nos. 5, 8.

1

4. No claim, answer, or other responsive pleading has been filed as to the defendant asset, and the time for which to do so has expired.

IT IS THEREFORE ORDERED that the United States' Motion for Default and Final Order of Forfeiture [Docket No. 11] is GRANTED. It is further

ORDERED that the United States shall have full and legal title to the following defendant asset and may dispose of the asset in accordance with law: AR15 Auto Sear Machine Gun, Unknown Manufacturer, Unknown Caliber, Serial No. 059. It is further

ORDERED that the Clerk of the Court is directed to enter Judgment. It is further

ORDERED that a Certificate of Reasonable Cause, which this Order constitutes, is granted as to the defendant asset pursuant to 28 U.S.C. § 2465. It is further

ORDERED that this case is closed.

DATED May 8, 2023.

BY THE COURT:

PHILIP A. BRIMMER
Chief United States District Judge